# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**NUTRIEN AG SOLUTIONS, INC.**
**formerly known as Crop Production Services, Inc.**                              **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:19CV53-RP**

**STEVEN KEITH JENKINS, Individually**                              **DEFENDANT**

## ORDER LIFTING STAY

On November 12, 2019, the court stayed proceedings in this case because Defendant filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Docket 30. On August 3, 2023, Bankruptcy Judge Jason Woodard entered an Order directing that "the automatic stay no longer applies against Jenkins pursuant to § 362(c)(2) and judgment may be obtained against him." Docket 65. Accordingly, it is

**ORDERED**

that the stay in this case is lifted. A Status Conference will be set by separate notice.

SO ORDERED, this, the 28th day of August, 2023.


/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE